**F I L E D**
**United States Court of Appeals**
**Fifth Circuit**

**JUL 22 2002**

Charles R. Fulbruge
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40627
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FERNANDO SILVA-REAL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-23-1
- - - - - - - - - -

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Fernando Silva-Real has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Silva-Real was notified of counsel's motion and brief and did not file a response.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.